| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | White Mountain Tissue, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 80-0800078 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 72 Cascade Flats<br>Gorham, NH 03581<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Coos<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | www.gorhampt.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **White Mountain Tissue, LLC**
_____      Case number *(if known)* _____
Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | Gorham Paper and Tissue, LLC | | Relationship | Affiliate |
|---|---|---|---|---|---|
| | District | Delaware | When _____ | Case number, if known | |

Debtor    **White Mountain Tissue, LLC**                                    Case number (if known) _____
                Name

---

| 11. Why is the case filed in this district? | Check all that apply: |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | White Mountain Tissue, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/04/2020
                  MM / DD / YYYY

X _____         Richard Arnold
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X /s/ Christopher A. Ward                  Date 11/04/2020
Signature of attorney for debtor                MM / DD / YYYY

**Christopher A. Ward**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue, Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-252-0920**      Email address   **cward@polsinelli.com**

**(DE) 3877**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF
## THE MEMBERS OF WHITE MOUNTAIN TISSUE, LLC

The undersigned, constituting all of the members (the "Members") of White Mountain Tissue, LLC, a Delaware limited liability company (the "Company"), and in accordance with the Limited Liability Company Agreement of the Company dated on or about April 17, 2012 (as may be amended from time to time), hereby consent to, approve, and adopt the following resolutions by unanimous written consent:

**WHEREAS**       The Members have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company, and have been kept apprised of the efforts to market and sell the businesses operated by the Company and its majority owner, Gorham Paper and Tissue, LLC; and further

**WHEREAS**       The members of the Company have received the recommendation of Bradley Scher ("Scher"), the Manager of the Company, who is an independent party unaffiliated with any of the Company's equity holders, lenders or the proposed purchaser of the Company's assets, that it is desirable and in the best interests of the Company and its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to pursue debtor in possession financing and a sale of the Company's assets; and further

**RESOLVED:**     That in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, Members, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and further,

**RESOLVED:**     That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:**     That Scher, the managing member of Ocean Ridge Capital Advisors, LLC and the sole Manager of the Company; M. Wayne Johnson, the Chief Financial Officer of the Company ("Johnson"); and Dick Arnold, the Chief Executive Officer of the Company ("Arnold" and, together with Scher and Johnson, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to

27282377.1

execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, and to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:**       That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**       That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:**       That the Company be and hereby is authorized to retain the law firm of Polsinelli PC ("Polsinelli") as local bankruptcy counsel to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay Polsinelli at its standard hourly rates in connection with its representation of the Company, and to provide Polsinelli with a retainer in an amount to be agreed upon by Polsinelli and the Company, and to reimburse Polsinelli for any actual expenses incurred in connection with its employment by the Company; and further

**RESOLVED:**       That the Company be and hereby is authorize to retain B. Riley Securities and/or its affiliates ("B. Riley") to provide investment banking services to the Company as the Company determines appropriate, and to authorize the

Authorized Parties, acting together or individually, to engage B. Riley in connection with the reorganization of the Company.


[Signatures on following page]

**CLASS A MEMBER:**

GORHAM PAPER AND TISSUE, LLC

Date: 11/3/2020

By: _____

Name: Mike Katzenstein
Title:   Chief Restructuring Officer,
         Zohar III, Limited

**CLASS B MEMBERS:**

ZOHAR CDO 2003-1, LIMITED

Date: 11/3/2020

By: _____

Name: Mike Katzenstein
Title: Chief Restructuring Officer

ZOHAR II 2005-1, LIMITED

Date: 11/3/2020

By: _____

Name: Mike Katzenstein
Title: Chief Restructuring Officer

ZOHAR III, LIMITED

Date: 11/3/2020

By: _____

Name: Mike Katzenstein
Title: Chief Restructuring Officer

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> Gorham Paper and Tissue, LLC, et al.</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 20-_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis   12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Recycling Associates Inc. 1 Whipple St Nashua NH 03060 | Mike Vellucci mike@recyclingassociates.com Tel: 978-479-0832 | Trade Payable | ☐ C ☐ U ☐ D | | | $1,025,170.85 |
| 2 | Gulf Island Pond Oxygenation Project 75 State Street, Suite 2701 Boston MA 02109 | Jessica Ramnarace jessica.ramnarace@brookfieldrenewable.com Tel: 819-561-2722 ext. 6631 | Trade Payable | ☐ C ☐ U ☐ D | | | $519,401.60 |
| 3 | Solenis LLC PO Box 116232 Atlanta GA 30368 | Michael Dutil MPDUTIL@SOLENIS.COM Tel: 207-242-2593 | Trade Payable | ☐ C ☐ U ☐ D | | | $458,603.65 |
| 4 | Town of Gorham 20 Park Street Gorham NH 03581-1694 | Carol Porter CPorter@GorhamNH.org Tel: 603-466-2744 Ext 7 | Trade Payable | ☐ C ☐ U ☐ D | | | $438,930.19 |
| 5 | Brookfield Renewable Trading & Marketing LP 41 Victoria Street Gatineau QC J8X 2A1 Canada | Mark Scanlan Mark.Scanlan@brookfieldrenewable.com Tel: 646 992 9302 | Trade Payable | ☐ C ☐ U ☐ D | | | $429,983.85 |
| 6 | Resolute FP US Inc. PO Box 8500 Philadelphia PA 19178 | JF Royer jf.royer@resolutefp.com Tel: 514-262-9854 | Trade Payable | ☐ C ☐ U ☐ D | | | $345,947.68 |
| 7 | Voith Paper Fabric & Roll Systems PO Box 1411 Wilson NC 27894 | Bill Aurand Bill.Aurand@Voith.com Tel: 518 469 9351 | Trade Payable | ☐ C ☐ U ☐ D | | | $313,578.60 |

Debtor    **Gorham Paper and Tissue, LLC, et al.**

Case number *(if known)* **20-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | AVRRDD - Mt. Carberry Landfill PO Box 336 Berlin NH 03570 | Sharon Gauthier sgauthier@avrrdd.org Tel: 603-752-3342 | Trade Payable | ☐ C ☐ U ☐ D | | | $247,464.97 |
| 9 | Select Products Holdings 1 Arnold Drive Huntington NY 11743 | Jamie Roffers jamie@selectph.com Tel: 570-785-2000 | Trade Payable | ☐ C ☐ U ☐ D | | | $242,516.71 |
| 10 | Kruger 5820 Place Turcot Montreal QC H4C 1W3 Canada | Paul de Blois Paul.deBlois@kruger.com Tel: 514-798-4492 | Trade Payable | ☐ C ☐ U ☐ D | | | $225,025.47 |
| 11 | Albany International Corp PO Box 75158 Charlotte NC 28275-0158 | Scott W. Graham Scott.Graham@albint.com Tel: 301-616-1003 | Trade Payable | ☐ C ☐ U ☐ D | | | $203,090.00 |
| 12 | Monson Paper, LLC (Settlement) 121 Memorial Drive Springfield MA 01104 | Eric Lombardi Elombardi@monsonpaper.com Tel: 413- 246-1681 | Trade Payable | ☐ C ☐ U ☐ D | | | $181,166.19 |
| 13 | City of Berlin 168 Main Street Berlin NH 03570-2494 | Kris Davis kdavis@berlinnh.gov Tel: 603-752-6350 | Trade Payable | ☐ C ☐ U ☐ D | | | $172,010.18 |
| 14 | U.S. Department of Labor-OSHA 53 Pleasant State- Rm. 3901 J.C. Cleveland Federal Bldg. Concord NH 03301 | Rosemarie O. Cole Cole.Rosemarie.O@dol.gov Tel: 603 225-1629 Fax: 603 225-1580 | Trade Payable | ☐ C ☐ U ☐ D | | | $168,510.75 |
| 15 | Constellation NewEnergy, Inc. 1310 Point St- 8th Floor Baltimore MD 21231 | Clayton Picken clayton.picken@constellation.com Tel: 443-994-4033 | Trade Payable | ☐ C ☐ U ☐ D | | | $131,444.18 |
| 16 | Vets Securing America 1125 W. 190th Street Los Angeles CA 90248 | Jerry Gregory jerry@vetssecuringamerica.com Tel: 800-441-1808 | Trade Payable | ☐ C ☐ U ☐ D | | | $124,874.64 |
| 17 | Woodland Pulp, LLC 144 Main Street Baileyville ME 04694 | Andrew Then Andrew.then@igic.com | Trade Payable | ☐ C ☐ U ☐ D | | | $123,944.40 |
| 18 | Valmet Ltd/GL&V USA, Inc. PO Box 743104 Atlanta GA 30374 | Bob Blanchard bob.blanchard@valmet.com Tel: 207-333-1008 | Trade Payable | ☐ C ☐ U ☐ D | | | $122,759.07 |

Debtor    **Gorham Paper and Tissue, LLC, et al.**                                           Case number *(if known)* **20-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Blind Industries & Services of Maryland 3345 Washington Blvd Baltimore MD 21227 | Holly Beth Stanley hstanley@BISM.org Tel: 410 737-2623 | Trade Payable | ☐ C ☐ U ☐ D | | | $102,626.76 |
| 20 | Axchem USA, Inc. PO Box 277832 Atlanta GA 30384 | Alison Schott aschott@axchemusa.com Tel: 336-632-0500 | Trade Payable | ☐ C ☐ U ☐ D | | | $79,624.97 |
| 21 | IPFS Corporation 2777 Allen Pkwy Suite 550 Houston TX 77019 | Tel: 877-687-9824 Fax: 832-308-7925 | Trade Payable | ☐ C ☐ U ☐ D | | | $77,637.18 |
| 22 | Anthem Blue Cross & Blue Shield NH PO Box 1168 Newark NJ 07101-1168 | Denise King denise.king@anthem.com | Trade Payable | ☐ C ☐ U ☐ D | | | $76,415.91 |
| 23 | Bridge View Paper Co, LLC 6101 Tacony Street Philadelphia PA 19135 | Steven Pollack spollack@bridgeviewpaper.com Tel: 215-992-8990  Ext.4404 | Trade Payable | ☐ C ☐ U ☐ D | | | $62,221.60 |
| 24 | Western Express Inc PO Box 935315 Atlanta GA 31193-5315 | Candice Lavender Clavender@westernexp.com Tel: 615-369-8230 | Trade Payable | ☐ C ☐ U ☐ D | | | $58,900.00 |
| 25 | Portland Natural Gas Transmission System 700 Louisiana Street- Suite 700 Houston TX 77002-2700 | Rita Homan rita_homan@tcenergy.com Tel: 832-320-5449 | Trade Payable | ☐ C ☐ U ☐ D | | | $57,779.50 |
| 26 | Douglas Pipeline Company 901 Castle Shannon Blvd Pittsburgh PA 15234 | Ryan Estabrook restabrook@douglaspipeline.com Tel: 412-531-2440 | Trade Payable | ☐ C ☐ U ☐ D | | | $55,451.40 |
| 27 | BerryDunn 1000 Elm St- 4th Floor Manchester NH 03101 | Mike Jurnak mjunak@berrydunn.com Tel: 603-518-2600 Fax: 603-666-4755 | Trade Payable | ☐ C ☐ U ☐ D | | | $51,055.00 |
| 28 | FIS Implanti S.R.L. Via Leonardo Da Vinci No. 5 Cassinia de Pecchi 20060 Italy | Fabio Malnati commerciale@fisimpianti.it Tel: # 39 02 95 44 99 1 Fax: # 39 02 95 34 44 28 | Trade Payable | ☐ C ☐ U ☐ D | | | $49,598.56 |
| 29 | Baker Newman & Noyes, LLC 280 Fore Street Portland ME 04101-4177 | James Boissonneault jboissonneault@bnncpa.com Tel: 207-879-2100 Fax: 207-774-1793 | Trade Payable | ☐ C ☐ U ☐ D | | | $48,675.00 |

Debtor    **Gorham Paper and Tissue, LLC, et al.**

Case number *(if known)* **20-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | Bancroft Contracting Corporation 23 Phillips Road South Paris ME 04281 | George Angevine george@bancroftcontracting.com Tel: 207-743-8946 Fax: 207-743-0636 | Trade Payable | ☐ C ☐ U ☐ D | | | $40,280.60 |

# United States Bankruptcy Court
## District of Delaware

In re    <u>White Mountain Tissue, LLC</u>          Case No.                      
                                    Debtor(s)            Chapter     <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gorham Paper and Tissue, LLC<br>71 Cascade Flats<br>Gorham, NH 03581 | A | 51% of all Membership Interests; 100% of Class A Interests | Membership Interest |
| Zohar I CDO 2003-1, Limited<br>32 Avenue of the Americas<br>17th floor<br>New York, NY 10013 | B* | 29.273% of Class B Interests | Membership Interest |
| Zohar II 2005-1, Limited<br>32 Avenue of the Americas<br>17th Floor<br>New York, NY 10013 | B* | 15.714% of Class B Interests | Membership Interest |
| Zohar III, Limited<br>32 Avenue of the Americas<br>17th Floor<br>New York, NY 10013 | B* | 55.013% of Class B Interests | Membership Interest |

**\* Class B holds 49% of all Membership Interests**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     <u>11/04/2020</u>             Signature          _____
                                                        **Richard Arnold**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Gorham Paper and Tissue, LLC, *et al.*, | Case No. 20-00000 (AAA) |
| Debtors.[1] | (Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtor in possession (collectively, the "Debtors") respectfully represent that the following corporations directly or indirectly own 10% or more of any class of the corporation's equity interests:

1.    Gorham Paper and Tissue, LLC owns 100% of the Class A interests of White Mountain Tissue, LLC.

2.    Zohar I CDO 2003-1, Limited owns 29.273% of the Class B interests of White Mountain Tissue, LLC.

3.    Zohar II 2005-1, Limited owns 15.714% of the Class B interests of White Mountain Tissue, LLC.

4.    Zohar III, Limited owns 55.013% of the Class B interests of White Mountain Tissue, LLC.

5.    Zohar III, Limited owns 100% of the equity interests of Gorham Paper and Tissue, LLC.

---

[1] The last four digits of Gorham Paper and Tissue, LLC's federal taxpayer identification number are 6533.  See 11 U.S.C. § 342(c)(1).  The last four digits of White Mountain Tissue, LLC's federal taxpayer identification number are 0078.  See id.  The principal place of business for Gorham Paper and Tissue, LLC and White Mountain Tissue, LLC is 72 Cascade Flats, Gorham, New Hampshire, 03581.

Fill in this information to identify the case:

Debtor name **White Mountain Tissue, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, List of Equity Security Holders and Consolidated Corporate Ownership Statement.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2020**        X _____
                                     Signature of individual signing on behalf of debtor

                                     **Richard Arnold**
                                     Printed name

                                     **Chief Executive Officer**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy